**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6090

GARY LYNN PALMER,

             Plaintiff – Appellant,

        v.

GEORGE TRENT, North Central Regional Jail, Administrator –
Medical; IMPROPER TRAINED NURSES (ALL), which are employed
here at North Central Regional Jail,

             Defendants – Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:08-cv-00089-REM-JES)

Submitted:  June 21, 2010            Decided:  June 28, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Lynn Palmer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Lynn Palmer appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Palmer's motion for records at government expense, his motion for appointment of counsel, and his motion for default judgment and affirm for the reasons stated by the district court. Palmer v. Trent, No. 2:08-cv-00089-REM-JES (N.D. W. Va. Jan. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED